Nos. 771, 772 and 773. Pratt et al. v. De Korwin, Executrix;
No. 789. De Korwin, Executrix, et al. v. First National Bank of Chicago et al.; and
No. 790. Koch v. De Korwin, Executrix, et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Minton took no part in the consideration or decision of these applications. David A. Watts for Pratt et al., petitioners in Nos. 771, 772 and 773, and respondents in No. 789. Charles Rivers Aiken, Vernon R. Loucks, Thomas Dodd Healy, Harold Stickler and Joseph E. Casey for petitioners in No. 789, and Mr. Aiken, Mr. Loucks and Mr. Casey for respondents in Nos. 771, 772, 773 and 790. Cranston Spray for petitioner in No. 790. Edward R. Johnston, J. F. Dammann, Harold V. Amberg and John W. Kearns

for the First National Bank of Chicago, respondent in No. 789.

